# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **SHARINA JONES, Individually,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 1:18-cv-13890-TLL-PTM |
| : | |
| **WENONAH PARK PROPERTIES, INC.** : | |
| **A Domestic Corporation** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## STIPULATED FINAL ORDER OF DISMISSAL

Based on the parties' stipulation, it is **ORDERED** that the complaint, ECF No. 1 is **DISMISSED** with prejudice and without costs or attorney fees to any party.

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Final Order to Dismiss the Complaint.

                                                                    s/Thomas L. Ludington
                                                                    THOMAS L. LUDINGTON
                                                                    United States District Judge

Dated: May 17, 2019

/s/ Pete M. Monismith
PETE M. MONISMITH (P78186)
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburgh, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

/s/ Jonathan E. Lauderbach
Jonathan E. Lauderbach (P51313)
WARNER, NORCROSS + JUDD
715 East Main Street, Suite 110
Midland, Michigan 48640
(989) 698-3700
jlauderbach@wnj.com
*Attorneys for Defendant*

**Dated: May 17, 2019**

2